UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

VX OPERATING, LLC,

    Plaintiff,

v.      No. 1:23-CV-060-H

DOC ENERGY SERVICES, INC.,

    Defendant.

## ADMINISTRATIVE CLOSURE ORDER

The parties have advised the Court that they have settled this case. *See* Dkt. No. 20. Accordingly, this case is administratively closed for statistical purposes without prejudice to it being reopened to enter a judgment or order of dismissal or for further proceedings if the settlement is not consummated. The Court vacates the pretrial and trial deadlines set in its scheduling order (Dkt. No. 9). The parties are directed to file dismissal documents or a status report on the settlement by no later than June 20, 2024.

So ordered on May 20, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE